### D. D. WAGNER v. ATLANTIC COAST LINE RAILROAD COMPANY.

(Filed 4 March, 1909.)

The facts on this appeal being practically the same as they were on a former appeal in the same case, and the trial judge having followed the decision formerly rendered, the judgment is affirmed.

ACTION tried before *W. R. Allen, J.,* and a jury, at November Term, 1908, of EDGECOMBE, to recover damages alleged to have been caused by defendant's negligence.

Defendant appealed.

*Gilliam & Clark* for plaintiff.
*John L. Bridgers* for defendant.

PER CURIAM: This case was before this Court on appeal at a former term and is reported in 147 N. C., 315. On that appeal the Court refused to sustain the defendant's motion for judgment as of nonsuit, but sent the case back for a new trial

on the ground of error in the charge of the judge. The facts before the Court on this appeal are practically identical with those on the former appeal, when the case was fully reviewed in the opinion of the Court by *Mr. Justice Connor.* The judge below, on the second trial, appears to have followed the former decision very carefully, and we find no exception which presents anything new or necessary to discuss.

No Error.